```
            UNITED STATES DISTRICT COURT
          SOUTHERN DISTRICT OF MISSISSIPPI
                 EASTERN DIVISION
```

JACLYN HOUSTON, ET AL.                                    PLAINTIFFS

VS.                              CIVIL ACTION NO. 4:04CV229LN

BANKPLUS, A MISSISSIPPI BANKING
CORPORATION, ET AL.                                       DEFENDANTS

## RECUSAL ORDER

In reviewing the pleadings in this cause in connection with the motion to dismiss filed by defendants Thomas R. Hudson, Jack Webb and Wayne Kidd, it has come to the attention of the undersigned that in their amended complaint, plaintiffs have identified Community Bank, in which the undersigned is a stockholder, as a "co-conspirator" with the named defendants and others in an alleged conspiracy to restrain trade.

Accordingly, the undersigned does hereby recuse himself in this cause.

This 6th day of June, 2006.

                                    /s/ Tom S. Lee
                                    UNITED STATES DISTRICT JUDGE