UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

JACLYN HOUSTON, ET AL.                                                                      PLAINTIFFS

v.                                                              CIVIL ACTION NO. 4:04CV229 DPJ-JCS

BANKPLUS, ET AL.                                                                              DEFENDANTS

JUDGMENT

For the reasons given in the order entered in this cause on this date, IT IS, HEREBY,

ORDERED, that Plaintiffs' claims are dismissed with prejudice.

**SO ORDERED AND ADJUDGED** this the 10th day of December, 2007.

                                              s/ *Daniel P. Jordan III*
                                              UNITED STATES DISTRICT JUDGE